[No. 61229-8-I.   Division One.   December 22, 2008.]

*In the Matter of the Marriage of* MICHELLE SPRING, *Respondent*, and DAVID SPRING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-07049-7, Mary E. Roberts, J., entered January 10, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Becker, JJ.

[No. 61241-7-I.   Division One.   December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY LEE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-00612-4, Laura Gene Middaugh, J., entered January 17, 2008. *Dismissed* by unpublished per curiam opinion.

[No. 61394-4-I.   Division One.   December 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. K.M.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-00034-8, LeRoy McCullough, J., entered February 8, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61437-1-I.   Division One.   December 22, 2008.]

*In the Matter of the Guardianship of* HELEN CHANDLER.

HENRY E. LIPPEK, *Appellant*, v. PARTNERS IN CARE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-4-06894-0, Julie A. Spector, J., entered February 25, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Appelwick, J.